IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT CAVAZOS,**<br><br>Plaintiff,<br><br>v.<br><br>**SANDIE CADENA,**<br><br>Defendants. | Case No. 2:25-cv-1381-WBS-JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF POST-SCREENING ADR** |

　　　Plaintiff Robert Cavazos ("Plaintiff") is a state prison inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Cadena for the alleged violation of Plaintiff's Eighth Amendment right against medical deliberate indifference for the denial of a transportation vehicle with lift.  (*See* ECF Nos. 1, 7.)

　　　On September 11, 2025, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins.  (*See* ECF No. 12.)  Defendant was initially provided 45 days to investigate and determine whether to opt out of the post-screening ADR project.  (*See id.*)

　　　On October 27, 2025, Defendant filed a notice to opt out.  (ECF No. 13.)  After reviewing Plaintiff's central file and video footage of the incident, and speaking with the Plaintiff directly

concerning settlement amenability, defense counsel does not believe that a settlement conference would be productive at this time. Therefore, the stay imposed by the Court in its September 11, 2025 Order is lifted and the case may now proceed.

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED THAT:

    1. The stay of this action, ECF No. 12, is LIFTED;

    2. Defendant's motion to opt-out of ADR, ECF No. 13, is GRANTED; and

    3. A separate scheduling order will issue in due course.

IT IS SO ORDERED.

Dated:   November 4, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE