UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br>Plaintiff,<br>v.<br>CADENA,<br>Defendant. | Case No. 2:25-cv-1381-WBS-JDP (P)<br><br>ORDER |

The parties have filed a stipulation requesting an order vacating the dispositive motion deadline and referring this action for a settlement conference. ECF No. 18. Their request will be granted.

It is ORDERED that:

1. The dispositive motions deadline of August 16, 2026 is VACATED. A new dispositive motions deadline will be set if this case does not settle.

2. This matter is referred for a settlement conference pursuant to the pro se prisoner mediation program. The settlement conference will be set and scheduled by separate order.

IT IS SO ORDERED.

Dated: August 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE